# EXHIBIT 4

Paragraph IV Patent Certifications
February 19, 2015

| DRUG NAME | DOSAGE FORM | STRENGTH | RLD | DATE OF SUBMISSION |
|---|---|---|---|---|
| Fentanyl | Transdermal Extended-release Film | 0.6 mg/24 hr, 1.2 mg/ 24 hr, 1.8 mg/ 24 hr and 2.4 mg/ 24 hr | Duragesic | |
| Fentanyl Citrate | Buccal Tablets | 0.1 mg, 0.2 mg, 0.3 mg, 0.4 mg, 0.6 mg and 0.8 mg | Fentora | 11/13/2007 |
| Fentanyl Citrate | Lozenges | 0.2 mg | Actiq | 10/29/2004 |
| Fentanyl Citrate | Lozenges | 0.4 mg | Actiq | 10/6/2004 |
| Fentanyl Citrate | Lozenges | 0.6 mg | Actiq | 12/20/2004 |
| Fentanyl Citrate | Lozenges | 0.8 mg, 1.2 mg and 1.6 mg | Actiq | 11/22/2004 |
| Fentanyl Citrate | Sublingual Tablets | 0.1 mg, 0.2 mg, 0.3 mg, 0.4 mg, 0.6 mg and 0.8 mg | Abstral | 6/19/2014 |
| Fesoterodine Fumarate | Extended-release Tablets | 4 mg and 8 mg | Toviaz | 10/31/2012 |
| Fexofenadine Hydrochloride | Oral Suspension | 30 mg/5 mL | Allegra | 1/25/2010 |
| Fexofenadine Hydrochloride | Capsules | 60 mg | Allegra | |
| Fexofenadine Hydrochloride | Tablets | 30 mg, 60 mg and 180 mg | Allegra | |
| Fexofenadine Hydrochloride and Pseudoephedrine Hydrochloride | Extended-release Tablets | 60 mg/120 mg | Allegra-D | |
| Fexofenadine Hydrochloride and Pseudoephedrine Hydrochloride | Extended-release Tablets | 180 mg/240 mg | Allegra-D 24 Hour | 6/6/2007 |
| Finasteride | Tablets | 1 mg | Propecia | |
| Finasteride | Tablets | 5 mg | Proscar | |
| Fingolimod | Capsules | 0.5 mg | Gilenya | 9/22/2014 |
| Flecainide Acetate | Tablets | 50 mg, 100 mg and 150 mg | Tambocor | |
| Fluconazole | For Oral Suspension | 50 mg/5 mL and 200 mg/5 mL | Diflucan for Oral Suspension | |
| Fluconazole | Tablets | 50 mg, 100 mg, 150 mg and 200 mg | Diflucan | |
| Flunisolide | Nasal Solution | 0.025% | Nasalide | |