# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

|  |  |
|---|---|
| PFIZER INC. and UCB PHARMA GMBH,<br><br>                             Plaintiffs,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>                             Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:15-cv-00013-IMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Plaintiffs Pfizer Inc. and UCB Pharma GMBH's (collectively, "Plaintiffs") and Defendant Mylan Pharmaceuticals Inc. ("Mylan"), by their undersigned counsel, hereby move the court for a modification of the briefing schedule, set by the Local Rules of the Court, regarding "Plaintiffs Pfizer Inc. and UCB Pharma GMBH's Motion to Dismiss Mylan Pharmaceuticals Inc.'s Counterclaims." (Doc. No. 23). The parties jointly request that the Court extend the briefing schedule slightly, and order that the briefs be submitted as follows:

1. Response brief of Defendant shall be submitted on or before April 6, 2015; and

2. Reply brief of Plaintiffs shall be submitted on or before April 23, 2015.

6858579

Respectfully submitted this 25th day of March, 2015.

| | |
|---|---|
| */s/ William A. Kolibash* | */s/ Gordon H. Copland* |
| William A. Kolibash, Esquire (WVSB No. 2087) | Gordon H. Copland, Esquire (WVSB No. 828) |
| williamkolibash@pgka.com | gordon.copland@steptoe-johnson.com |
| PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC | William J. O'Brien, Esquire (WVSB No. 10549) |
| | william.obrien@steptoe-johnson.com |
| 61 Fourteenth Street | STEPTOE & JOHNSON PLLC |
| Wheeling, WV 26003 | 400 White Oaks Boulevard |
| (304) 232-6810 | Bridgeport, WV 26330 |
| | (304) 933-8000 |
| | |
| Dimitrios T. Drivas, Esquire | Timothy H. Kratz, Esquire |
| Jeffrey J. Oelke, Esquire | George J. Barry III, Esquire |
| James S. Trainor, Jr., Esquire | Micheal L. Binns, Esquire |
| Robert Counihan, Esquire | Meghan M. Rachford, Esquire |
| Ryan P. Johnson, Esquire | McGUIREWOODS LLP |
| WHITE & CASE LLP | 1230 Peachtree Street, Suite 2100 |
| 1155 Avenue of the Americas | Atlanta, Georgia 30309 |
| New York, NY 10036 | (404) 443-5500 |
| (212) 819-8200 | |
| | Cedric C. Y. Tan |
| | McGUIREWOODS LLP |
| | 2001 K Street, N.W., Suite 400 |
| | Washington, D.C. 20006 |
| | (202) 857-1700 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| PFIZER INC. and UCB PHARMA GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 1:15-cv-00013-IMK |

## CERTIFICATE OF SERVICE

I certify that on the 25th day of March 2015, I electronically filed the "Joint Motion for Modification of Briefing Schedule" with the Clerk of the Court using the CM/ECF system, which will send notice of the same to the following counsel of record:

William A. Kolibash, Esquire (WVSB No. 2087)
williamkolibash@pgka.com
PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC
61 Fourteenth Street
Wheeling, WV 26003
(304) 232-6810

Dimitrios T. Drivas, Esquire
Jeffrey J. Oelke, Esquire
James S. Trainor, Jr., Esquire
Robert Counihan, Esquire
Ryan P. Johnson, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

      */s/ **Gordon H. Copland***　　　　　
Gordon H. Copland (WVSB No. 828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WVSB No. 10549)
  william.obrien@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183