IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| PFIZER INC., and UCB PHARMA GMBH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:15-cv-00013-IMK |
| | ) | |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Pfizer Inc. and UCB Pharma GmbH (collectively, "Plaintiffs") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c):

1. All claims and counterclaims between Plaintiffs and Mylan are hereby dismissed without prejudice.

2. Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

3. This stipulation shall not act as an adjudication on the merits.

AGREED AND STIPULATED TO:

*[signature: William A. Kolibash]*

William Kolibash (# 2087)
PHILIPS, GARDILL, KAISER & ALTMEYER, PLLC
61 Fourteenth Street
Wheeling, WV 26003
(304) 232-6810
williamkolibash@pgka.com

*Attorney for Plaintiffs Pfizer Inc.
and UCB Pharma GmbH*

*[signature: Gordon H. Copland by WJK per Gordon's authorization 1/25/18]*

Gordon H. Copland (#828)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
gordon.copland@steptoe-johnson.com

*Attorneys for Mylan Pharmaceuticals Inc.*

SO ORDERED this ___ day of January 2018.

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE